February 3, 1984.

472 A.2d 231

Campbell, et ux. v. Harristown Dev. et al.

Appeal of Harristown Development Corporation.

Argued November 15, 1983.   Eugene E. Pepinsky, Jr., for appellant;  Deborah Ann Hughes, for appellees.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Order affirmed.

SPAETH, President Judge, concurred in the result.